TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 JUDGMENT RENDERED NOVEMBER 15, 2019

 NO. 03-17-00785-CV

 Appellants, Texas Commission on Environmental Quality and Dos Repúblicas Coal
 Partnership// Cross-Appellants, Maverick County; City of Eagle Pass; Environmental
 Defense Fund; Walter Herring; Ernesto Ibarra; Gabriel De La Cerda; Mike Hernandez;
Boulware and Anson Family, Ltd; and Maverick County Environmental and Public Health
 Association

 v.

 Appellees, Maverick County; City of Eagle Pass; Environmental Defense Fund;
Walter Herring; Ernesto Ibarra; Gabriel De La Cerda; Mike Hernandez; Boulware and
Anson Family, Ltd; and Maverick County Environmental and Public Health Association//
Cross-Appellees, Texas Commission on Environmental Quality and Dos Repúblicas Coal
 Partnership

 APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
 BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
 AFFIRMED IN PART; VACATED IN PART: -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on October 23, 2017. Having

reviewed the record and the parties’ arguments, the Court affirms the portion of the trial court’s

judgment reversing the Texas Commission on Environmental Quality’s final order and vacates

the trial court’s judgment affirming the other issues raised on appeal. The appellants/cross-

appellees shall pay all costs relating to this appeal, both in this Court and in the court below.